**FILED**
March 11, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ROBINSON,** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. SA-23-CV-00734-OLG-HJB |
| **V. ESCORZA, K. GARZA, and ALAMO HEIGHTS POLICE DEPARTMENT,** | § | |
| Defendants. | § | |

## ORDER ON REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed January 2, 2024, concerning the Motion to Dismiss filed by Defendants V. Escorza and K. Garza. (*See* R&R, Dkt. No. 15.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days. FED. R. CIV. P. 72(b)(2). Plaintiff's pro se response to the R&R—submitted via email to Judge Bemporad's chambers—was filed on January 11, 2024 (*see* Dkt. No. 18), pursuant to Judge Bemporad's Order dated January 16, 2024 (*see* Dkt. No. 17).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the

Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

Plaintiff's response to the R&R—a one-page document entitled, "Order"—does not present any specific or non-frivolous objection to the Magistrate Judge's findings or recommendations. As such, the Court need not conduct a de novo review. The Court has thus reviewed the R&R for clear error and finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ACCEPTS** the Magistrate Judge's R&R (Dkt. No. 15) and, for the reasons set forth therein, Defendants V. Escorza and K. Garza's Motion to Dismiss (Dkt. No. 5) is **GRANTED**.

It is further **ORDERED** that Plaintiff may file a motion for leave to amend his complaint **within ten (10) days** after being served with a copy of this Order.

It is so **ORDERED**.

**SIGNED** this 11 day of March, 2024.

ORLANDO L. GARCIA
United States District Judge